HONORABLE BENJAMIN H. SETTLE

MICHAEL E. McFARLAND, JR., #23000
RACHEL K. PLATIN, #58280
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendant

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

PATRISHA PLATT,

                Plaintiff,

vs.

EVERGREEN PUBLIC SCHOOLS,

                Defendant.

Cause No. 3:21-cv-05852-BHS

STIPULATED MOTION AND ORDER FOR CONTINUANCE OF TRIAL DATE AND LITIGATION DEADLINES

Note on Motion Calendar:

Friday, November 10, 2022

## I.  STIPULATION

The parties hereby stipulate and move this Court to continue the litigation deadlines set forth in the Order Setting Jury Trial and Pretrial Dates filed on February 9, 2022 [ECF No. 10]. This stipulated motion is based on the need for additional time for the parties to further explore a possible resolution of this matter. The parties previously suspended discovery for the purpose of attempting a resolution of this lawsuit, which includes efforts to return Plaintiff to her position with Defendant. This process has taken longer than anticipated because of the need to involve Plaintiff's health care providers in the process. The parties are continuing in

STIPULATED MOTION AND ORDER
FOR TRIAL CONTINUANCE - page 1



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

their efforts to get this matter resolved and want to continue holding off on discovery and other pre-trial activities while they explore resolution. The parties believe their respective interests, including financial interests, are best served by continuing the trial date while resolution is further explored. Counsel have consulted their clients, and their clients approve this motion for continuance. The Parties have not previously petitioned the Court for a continuance in this matter.

Based on the foregoing, counsel move the Court to continue the trial date to December 4, 2023, or December 11, 2023. The parties also respectfully request a new scheduling order consistent with these trial dates.

DATED this 10th day of November, 2022.

                        EVANS, CRAVEN & LACKIE, P.S.

By:     *s/ Michael E. McFarland, Jr.*
        MICHAEL E. McFARLAND, JR., #23000
        Attorneys for Defendant

KLEIN MUNSINGER, LLC

By:     *s/Jose Klein*
        JOSE KLEIN, #47449
        Attorneys for Plaintiff

///

///

///

///

///

STIPULATED MOTION AND ORDER
FOR TRIAL CONTINUANCE - page 2

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## II. ORDER

The Court having reviewed the Stipulated Motion for Continuance of Trial Date and Litigation Deadlines, and good cause showing, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUGED AND DECREED:

1. The Parties' Stipulated Motion for Continuance of Trial Date and Litigation Deadlines, Dkt. 16, is GRANTED;

2. Jury Trial is set for December 12, 2023 at 9:00 AM; and

3. The Clerk is directed to issue a new scheduling order consistent with the trial date.

DATED this 10th day of November, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By:      *s/ Michael E. McFarland, Jr.*
         MICHAEL E. McFARLAND, JR., #23000
         Attorneys for Defendant

KLEIN MUNSINGER, LLC

By:      *s/Jose Klein*_____
         JOSE KLEIN, #47449
         Attorneys for Plaintiff

STIPULATED MOTION AND ORDER
FOR TRIAL CONTINUANCE - page 3



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**COUNSEL FOR PLAINTIFF**
Jose Klein
Damien Munsinger
Email:		jose@kleinmunsinger.com
Email:		damien@kleinmunsinger.com

   s/   Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendant
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com

STIPULATED MOTION AND ORDER
FOR TRIAL CONTINUANCE - page 4

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632