UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRISHA PLATT,<br><br>        Plaintiff,<br><br>   v.<br><br>EVERGREEN PUBLIC SCHOOLS,<br><br>        Defendant. | CASE NO. 3:21-cv-5852<br><br>ORDER ON STIPULATED MOTION FOR A CONTINUANCE |

    This matter comes before the Court on the parties' stipulated motion to continue the deadlines set forth in the December 1, 2022, Minute Order Resetting Trial and Pretrial Dates. Dkt. No. 20. The parties state they require additional time "to further explore a possible resolution of this matter." The parties report they will complete a mediation on July 24, 2023. To explore alternative resolution, the parties seek a 120-day extension.

    Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Good cause exists if the pretrial schedule "cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16(b) advisory committee's note to 1983 amendment. The Court finds good cause given the parties' diligent efforts to resolve this case by scheduling a mediation. *See* Dkt. No. 20 at 2.

ORDER ON STIPULATED MOTION FOR A CONTINUANCE - 1

Accordingly, the Court orders that the trial date be continued to April 29, 2024, with the related dates continued as follows:

| | |
|---|---|
| JURY TRIAL begins | April 29, 2024 |
| Length of trial | 5 days |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | October 2, 2023 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | November 1, 2023 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | November 1, 2023 |
| Discovery completed by | December 1, 2023 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | January 2, 2024 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | February 29, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | March 20, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | April 8, 2024 |
| Agreed pretrial order due | April 8, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | April 15, 2024 |
| Pretrial conference | April 22, 2024 |

It is so ORDERED. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at that party's last known address.

Dated this 2nd day of June, 2023.

                                                                Jamal N. Whitehead
                                                                United States District Judge

ORDER ON STIPULATED MOTION FOR A CONTINUANCE - 3