Jose Klein, #47449
Damien Munsinger, #50531
Klein Munsinger LLC
1215 SE 8th Ave, Ste F
Portland, OR 97214
(503) 568-1078;
jose@kleinmunsinger.com

Attorneys for Plaintiff

The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT TACOMA**

| | |
|---|---|
| PATRISHA PLATT,<br>Plaintiff,<br>v.<br>EVERGREEN PUBLIC SCHOOLS,<br>Defendant. | Case No. 3:21-cv-5852<br>STIPULATED PROTECTIVE ORDER |

**I. Purpose.**

Discovery in this action is likely to involve production of student records subject to the Family Educational Rights and Privacy Act ("FERPA"), 20 USC § 1232g. Accordingly, the parties hereby stipulate to and petition the court to enter the following Stipulated Protective Order. The parties acknowledge that this agreement is consistent with LCR 26(c). It does not confer blanket protection on all disclosures or responses to

discovery, the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle parties to file confidential information under seal. This protective order supplements the existing protective order in the case signed by Judge Benjamin Settle, ECF 12.

**II. Protective Order**

1. Student/educational records that may be contained in school records productions will be treated as confidential and subject to the terms of this order.

2. The names of any students or former students not party to this action contained in the school records or documents disclosed in discovery in this case will be treated as confidential and will be redacted from pleadings and replaced with the designation of initials. The name and identity of these students will be protected from public disclosure unless otherwise required by law.

3. Plaintiffs' counsel will be provided unredacted copies of the responsive records to Plaintiff's discovery requests.

4. All parties, attorneys and their staff, witnesses, experts, or other disseminations to any persons necessary for the purposes of this lawsuit shall be apprised of this order and are required to maintain the confidentially of confidential information.

5. Prior to documents with confidential information being filed with the court or offered as evidence, the party offering the document or evidence will review to ensure confidential student or former student names have been redacted and replaced with initials. The parties will attempt to agree on redactions of information in advance. If the



KLEIN MUNSINGER LLC
1215 SE 8th Ave Ste F Portland OR 97214
503.568.1078

parties are unable to agree on redactions, the Court will be asked to review the materials in camera to make a determination.

6. This protective order survives the resolution of this matter (whether by dismissal, settlement or verdict), requiring confidential information to be kept as confidential even after the conclusion of this suit. At the conclusion of this matter, the parties will endeavor to destroy or return all protected documents in their possession, other than copies that are necessary to keep in each attorney's case file pursuant to their retention policies.

7. Nothing in this Order shall be construed as a waiver of the District's non-FERPA related objections, or as limiting any party's right to use any records when taking depositions or at trial in this matter to the extent permitted by the rules of evidence and civil procedure. This Order does not permit either party to use the protected documents in other matters.

8. Nothing in this Order shall prevent any party hereto from seeking modification of this Order, or from objecting to discovery which it believes to be otherwise improper.

9. Violations of the terms of this Order subject the violator to sanctions deemed appropriate by this Court. However, the parties agree the possibility of inadvertent disclosure exists when implementing the highest levels of scrutiny. The parties agree to communicate with each other immediately if an inadvertent violation occurs and agree to attempt to remedy such disclosure without the Court involvement.



KLEIN MUNSINGER LLC
1215 SE 8th Ave Ste F Portland OR 97214
503.568.1078

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

KLEIN MUNSINGER LLC

By: *s/ Jose Klein*
JOSE KLEIN, #47449
DAMIEN MUNSINGER, #50531
Attorneys for Plaintiff

EVANS, CRAVEN & LACKIE, P.S.

By: *s/ Rachel Platin*
MICHAEL E. McFARLAND, JR., #23000
RACHEL K. PLATIN, #58280
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED

IT IS FURTHER ORDERED that pursuant to Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

DATED this 5th day of October, 2023.

Jamal N. Whitehead
United States District Judge



KLEIN MUNSINGER LLC
1215 SE 8th Ave Ste F Portland OR 97214
503.568.1078

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2023, I served the foregoing STIPULATED PROTECTIVE ORDER on each of the following individuals using the methods identified below:

**Attorneys for Defendant**
Michael McFarland
Rachel Platin
Evans, Craven & Lackie, PS
818 West Riverside, Ste 250
Spokane, WA 99201
rplatin@ecl-law.com
mmcfarland@ecl-law.com
(509) 455-5200

☒ The Court's Electronic Filing System (ECF)
☒ Email
☐ First Class Mail
☐ FedEx
☐ Hand Delivery

DATED: October 5, 2023

KLEIN MUNSINGER LLC

By: *s/ Jose Klein*
Jose Klein