1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| PATRISHA PLATT, | CASE NO. 3:21-cv-5852 |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| EVERGREEN PUBLIC SCHOOLS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On November 10, 2023, the parties sent an email notifying the Court of their pending settlement. The Court STRIKES the remaining hearings, deadlines, and trial date. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

MINUTE ORDER - 1

Dated this 13th day of November 2023.

<u>Ravi Subramanian</u>

Clerk

<u>*/s/Kathleen Albert*</u>

Deputy Clerk

MINUTE ORDER - 2